April 20, 2012

Mr. Peter D. Kennedy
Graves Dougherty Hearon & Moody PC
401 Congress Ave, Suite 2200
Austin, TX 78701

Mr. Keith C. Livesay
Livesay Law Office
517 W. Nolana Ave.
Brazos Suites No. 9
McAllen, TX 78504
Mr. Ricardo L. Salinas
Law Offices of Salinas-Flores
2011 N Conway Ave.
Mission, TX 78572-2965

RE: Case Number: 11-0131
 Court of Appeals Number: 13-09-00421-CV
 Trial Court Number: C-751-03-D

Style: MARIA ESTER SALINAS
 v.
 NORBERTO SALINAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Laura Hinojosa|